# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721



October 21, 2022

Clerk's Office
Northern District of New York– Binghamton
15 Henry St
Binghamton, NY 13901

RE: USA vs. JOSE DANIEL ACOSTA OROZCO
USDC No.: 1:22-MJ-00154-SKO

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated October 21, 2022, transmitted herewith are the following documents:

**Electronic Documents: 1 to 8**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

Thank you,

/s/ C. Maldonado
Deputy Clerk

DATE RECEIVED: 10/24/2022

RECEIVED BY: Jennifer Painter
(Print Name)

NEW CASE NUMBER: 5:22-CR-325 (BKS)

O AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA V. | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| JOSE DANIEL ACOSTA OROZCO | |
| | Case No. *1:22-mj-00154-SKO |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 5:22-CR-3245 BKS | | 1:22-mj-00154-SKO | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

_X_ Indictment   ____ Information   ____ Complaint   ____ Pretrial Violation Petition

**DISTRICT OF OFFENSE**   NORTHERN DISTRICT OF NEW YORK - BINGHAMTON

**DESCRIPTION OF CHARGES:** POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE.

**CURRENT BOND STATUS:**

____ Bail fixed at $_____   and conditions were not met
_X_ Government moved for detention and defendant detained after hearing in District of Arrest
____ Government moved for detention and defendant detained pending detention hearing in District of Offense
____ Other (specify)

**Representation**   ____ Retained Own Counsel   _X_ Federal Defender Organization   ____ CJA Attorney   ____ None

**Interpreter Required?**   _X_ No   ____ Yes   Language:

EASTERN DISTRICT OF CALIFORNIA

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

10/21/2022                                   /s/ Sheila K. Oberto
Date                                         United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: KEITH HOLLAND
Clerk, U.S. District Court
Eastern District of California
By _____ Deputy Clerk
Dated 10/21/22

# U.S. District Court
## Eastern District of California - Live System (Fresno)
## CRIMINAL DOCKET FOR CASE #: 1:22-mj-00154-SKO All Defendants
## Internal Use Only

Case title: USA v. Orozco

Date Filed: 10/12/2022

Date Terminated: 10/21/2022

Assigned to: Magistrate Judge Sheila K. Oberto

### Defendant (1)

**Jose Daniel Acosta Orozco**
*TERMINATED: 10/21/2022*
*also known as*
Jose Orozco Acosta
*TERMINATED: 10/21/2022*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| RULE 5(c)(3) | |

### Plaintiff

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 10/12/2022 | 1 | RULE 5(c)(3) ARREST and DOCUMENTS RECEIVED from Northern District of New York. Case 5:22-cr-325-BKS as to Jose Orozco Acosta (1). (Lundstrom, T) (Entered: 10/12/2022) |
| 10/12/2022 | 2 | MINUTES (Text Only) for proceedings held via video conference before Magistrate Judge Sheila K. Oberto: INITIAL APPEARANCE as to Jose Orozco Acosta held on 10/12/2022. The Court noted the hearing was being conducted via video conference pursuant to General Order 614, 620, 624, 628, 630, 632, 635, 640, 649, 652 and 655 the CARES Act. Defendant and counsel consented to the appearance by video and government counsel also consented to appearance by video. Defendant is advised of charges and rights; Financial affidavit submitted on behalf of defendant. The Court appoints a Federal Defender to represent defendant. Defendant acknowledged receipt of the indictment and waives formal reading and statutory and constitutional rights. True Name stated as **JOSE DANIEL ACOSTA OROZCO** charged; Rule 20 transfer waived. Defense counsel requests to confer with Defendant to determine whether he wishes to waive or set an identity hearing. Detention Hearing and continued hearing regarding identity matter set for 10/14/2022 at 02:00 PM in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto. Government Counsel: Mike Tierney present. Defense Counsel: Erin Snider present. Custody Status: CUSTODY (Kern). Court Reporter/CD Number: A. GIL-GARCIA. (Kusamura, W) (Entered: 10/12/2022) |
| 10/12/2022 | 3 | (Court only) CJA 23 FINANCIAL AFFIDAVIT by Jose Daniel Acosta Orozco. (Lundstrom, T) (Entered: 10/13/2022) |
| 10/14/2022 | 4 | MINUTES (Text Only) for proceedings held via video conference before Magistrate Judge Sheila K. Oberto: DETENTION HEARING as to Jose Daniel Acosta Orozco held on 10/14/2022. The Court noted the hearing was being conducted via video conference pursuant to General Order 614, 620, 624, 628, 630, 632, 635, 640, 649, 652 and 655 the CARES Act. Defendant and counsel consented to the appearance by video and government counsel also consented to appearance by video. The matter of Detention was argued. Defense Counsel requested to continue this matter to afford her opportunity to do further research. A further Detention Hearing set for 10/19/2022 at 02:00 PM in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto. The Court finds Good cause to continue this detention hearing. Government Counsel: Mike Tierney present. Defense Counsel: Erin Snider present. Custody Status: CUSTODY (Kern). Court Reporter/CD Number: Otilia Rosales. Pretrial Services Officer: Jessica McConville. (Kusamura, W) (Entered: 10/17/2022) |
| 10/19/2022 | 5 | MINUTES (Text Only) for proceedings held via video conference before Magistrate Judge Sheila K. Oberto: DETENTION HEARING as to Jose Daniel Acosta Orozco held on 10/19/2022. The Court noted the hearing was being conducted via video conference pursuant to General Order 614, 620, 624, 628, 630, 632, 635, 640, 649, 652 and 655 the CARES Act. Defendant and counsel consented to the appearance by video and government counsel |

| | | |
|---|---|---|
| | | appearance by video argued was heard regarding detention. In light of new information presented by the government, the Court will continue the detention to afford the opportunity for Pretrial Services to further investigate. Continued Detention Hearing is set for 10/20/2022 at 02:00 PM in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto. Defendant is Ordered TEMPORARILY detained. Government Counsel: Mike Tierney present. Defense Counsel: Erin Snider present. Custody Status: CUSTODY (Kern). Court Reporter/CD Number: Otilia Rosales. Pretrial Services Officer: Jessica McConville. (Kusamura, W) (Entered: 10/19/2022) |
| 10/20/2022 | 6 | MINUTES (Text Only) for proceedings held via video conference before Magistrate Judge Sheila K. Oberto: DETENTION HEARING as to Jose Daniel Acosta Orozco held on 10/20/2022. The Court noted the hearing was being conducted via video conference pursuant to General Order 614, 620, 624, 628, 630, 632, 635, 640, 649, 652 and 655 the CARES Act. Defendant and counsel consented to the appearance by video and government counsel also consented to appearance by video. The matter of Detention was argued and submitted. The Defendant is Ordered to remain DETAINED and Transported back to the Northern District of New York. Government Counsel: Mike Tierney present. Defense Counsel: Erin Snider present. Custody Status: CUSTODY (Kern). Court Reporter/CD Number: Otilia Rosales. Pretrial Services Officer: Ryan Beckwith. (Kusamura, W) (Entered: 10/21/2022) |
| 10/21/2022 | 7 | DETENTION ORDER signed by Magistrate Judge Sheila K. Oberto on 10/21/2022 as to Jose Daniel Acosta Orozco. (Kusamura, W) (Entered: 10/21/2022) |
| 10/21/2022 | 8 | COMMITMENT to ANOTHER DISTRICT, signed by Magistrate Judge Sheila K. Oberto on 10/21/2022 as to Jose Daniel Acosta Orozco. Defendant committed to Northern District of New York-Binghamton. (Maldonado, C) (Entered: 10/21/2022) |
| 10/21/2022 | 9 | TRANSMITTAL of DOCUMENTS on *10/21/2022* to * Clerk's Office* *Northern District of New York- Binghamton* *15 Henry St* *Binghamton, NY 13901*. <br> *Electronic Documents: 1 to 8 * (Maldonado, C) (Entered: 10/21/2022) |