ROSENBERG LAW FIRM
137 Court Street, Fl. 2
Brooklyn, NY 11201
Tel: (718) 715-4845
office@rosenbergpllc.com

August 3, 2023

Chief Judge Brenda K. Sannes
United States District Judge
United States District Court
Northern District Court of New York
100 S. Clinton Street
Syracuse, New York 13261

   Re: *USA v. Jose Orozco Acosta* – 22-cr-325 (BKS)
      Defendant's Request to Adjourn Sentencing Date

Your Honor:

 The defendant requests to continue the sentencing date to a date in September, due to the fact that I have experienced delays in meeting the client in-person at his prison facility. Having received the final PSR on July 26, 2023, we would ask to make our sentencing submission two weeks prior to any sentencing date if this request is granted.

 The government consents to this request.

              Respectfully submitted,

              /s/

              Jonathan Rosenberg
              137 Court Street, Fl. 2
              Brooklyn, N.Y. 11201
              (718) 715-4845

              *Attorneys for Defendant*
              *Jose Orozco Acosta*

 cc: *All Parties via ECF*

\*\*\*